No. —, original. United States *v.* West Virginia. January 14, 1935. Motion for leave to file bill of com-

692

plaint granted and process is ordered to issue returnable on Monday, April 1, 1935.

No. —, original. UNITED STATES *v.* ARIZONA. January 14, 1935. Motion for leave to file bill of complaint granted and process is ordered to issue returnable on Monday, April 1, 1935.